IH-32                                                                                              Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

MOBY S.P.A.

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:22-cv-01300 |
| MORGAN STANLEY, MORGAN STANLEY & CO. LLC, ANTONELLO DI MEO, MASSIMO PIAZZI AND DOV HILLEL DRAZIN | |

Defendant

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

MOBY S.P.A.

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-08031-GHW |
| MORGAN STANLEY, MORGAN STANLEY & CO. LLC, ANTONELLO DI MEO, MASSIMO PIAZZI AND DOV HILLEL DRAZIN | |

Defendant

IH-32                                                                                            Rev: 2014-1

Status of Earlier Filed Case:

| ✓ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| | Open | (If so, set forth procedural status and summarize any court rulings.) |

Plaintiff Moby S.p.A. voluntarily dismissed its complaint in the earlier case by filing a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on October 14, 2021.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case arises from the same set of facts as the earlier filed case.

In the newly filed case, Plaintiff Moby S.p.A. brings the same tortious interference claims against the same defendants that it brought in the earlier filed case.

Signature:  /s/ Patricia B. Tomasco                    Date: 02/15/2022

Firm:       Quinn Emanuel Urquhart & Sullivan, LLP